1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10   BRYAN CABRERA,                          )   No. CV 12-5280-GAF (AGR)
                                            )
11              Petitioner,                  )
                                            )   JUDGMENT
12        v.                                 )
                                            )
13   STAINER, Warden,                        )
                                            )
14              Respondent.                  )
                                            )
15

16        Pursuant to the Order Accepting Findings and Recommendation of United

17   States Magistrate Judge,

18        IT IS ADJUDGED that the Petition in this matter is denied and dismissed with

19   prejudice.

20

21   DATED:  8/8/12                    _____
                                              GARY A. FEESS
22                                       United States District Judge

23
24
25
26
27
28